# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 11, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152678 & (107)(115)(117)(134)

LARRY DARNELL JONES,
            Plaintiff-Appellant,

v

SC: 152678
COA: 324263
Ingham CC: 14-000657-NM

DANIEL E. MANVILLE,
            Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the October 21, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to vacate the October 21, 2015 order of the Court of Appeals, the motion to compel entry of the August 31, 2015 brief, the motion for less stringent standards, and the motion for peremptory reversal of the February 18, 2016 order of the Court of Appeals are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 11, 2016



Clerk

a0308